# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRIAN IVY SCOTT HARRIS,

            Plaintiff,

   -vs-                             Case No. 13-CV-471

ROBERT HALLISY, DAVID BETH,
and JOHN MORRISEY,

            Defendants.

## ORDER

On July 18, 2013, the Court ordered the plaintiff to file an amended complaint curing the deficiencies in the original complaint by August 16, 2013. The plaintiff was advised that failure to timely file an amended complaint might result in dismissal of this action for failure to prosecute. The plaintiff has not filed an amended complaint. Parties are expected to comply with Court rules and orders without involvement of the Court.

Court records show that the plaintiff did not file an amended complaint as directed by the Court. Therefore,

**IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **September 18, 2013**, pursuant to Civil Local Rule 41(c) (E.D. Wis.)

(copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date the plaintiff files an amended complaint or establishes just cause for his failure to do so.

Dated at Milwaukee, Wisconsin, this 26th day of August, 2013.

                         **SO ORDERED,**

                         _/s/ Rudolph T. Randa_
                         **HON. RUDOLPH T. RANDA**
                         **U. S. District Judge**

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.